UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 08690
   NICHOLAS MELLAS
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-8756
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/11/07 and confirmed on 08/30/07.

2. The case was dismissed after confirmation, 10/03/2008.

3. The Debtor paid a total of $ 17900.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST MIDWEST BANK | SECURED VEHIC | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 17492.80 | 329.45 | 2721.21 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 8802.83 | 139.53 | 562.71 |
| B REAL LLC | UNSECURED | 21246.00 | 400.15 | 3305.06 |
| B REAL LLC | UNSECURED | 10002.47 | 188.40 | 1556.00 |
| B REAL LLC | UNSECURED | 3079.33 | 57.99 | 479.03 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 767.85 | 14.46 | 119.45 |
| FEDERATED MACYS | UNSECURED | 2228.88 | 41.99 | 346.71 |
| VISA DSNB | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 22126.60 | 416.73 | 3442.04 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 85746.76 | .00 | 85746.76 |
| PRINCIPAL PAID | .00 | .00 | 12532.21 | .00 | 12532.21 |
| INTEREST PAID | .00 | .00 | 1588.70 | .00 | 1588.70 |
| TOTAL PAID | .00 | .00 | 14120.91 | .00 | 14120.91 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   3500.00 and was paid $   666.00  direct and $   2834.00  through the plan.

The Trustee received $    945.09 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 01/20/09                         /s/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE